IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLIE A. HARRISON,<br><br>        Defendant.<br>_____ | 2:09-cv-0532-GEB-KJN<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

        Plaintiff filed an "Amended Notice of Settlement" on June 20, 2011, in which it states, "the parties have settled this matter in principle." (ECF No. 29.)

        Therefore, a dispositional document shall be filed no later than September 9, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, a Status Conference is scheduled for hearing on October 3, 2011, commencing at 9:00 a.m., in the event no dispositional

1

1  document is filed, or if this action is not otherwise dismissed.[1] A joint
2  status report shall be filed fourteen (14) days prior to the Status
3  Conference.
4         IT IS SO ORDERED.
5  Dated:  August 31, 2011

                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2