ADRIENNE C. PUBLICOVER (SBN 161432)
Email:  Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email:  Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Plaintiff
RELIANCE STANDARD LIFE INSURANCE COMPANY

MICHAEL COGAN, ESQ.
GENE TUCKER, ESQ.
LAW OFFICES OF MICHAEL COGAN
1650 Oregon Street, Suite 106
Redding, CA  96001
Tel:    (530) 246-1112
Fax:    (530) 243-6079

Attorney for Defendant CHARLIE A. HARRISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLIE A. HARRISON,<br><br>          Defendant | Case No.: CV09-00532-GEB (KJN)<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER EXTENDING THE TIME TO FILE DISPOSITIONAL DOCUMENT AND FOR A STATUS CONFERENCE AND [PROPOSED] ORDER THEREON (L.R. 143)**<br><br>Judge   :      Hon. Garland E. Burrell, Jr. |

The parties, Plaintiff Reliance Standard Life Insurance Company ("Reliance Standard"), and Defendant Charlie Harrison ("Defendant"), by and through their attorneys of record hereby file this stipulation to extend the time for the filing of a dispositional document pursuant to this Court's Order dated September 1, 2011, for good cause as follows.

The parties are in the process of finalizing the settlement reached in this action and need additional time to perfect said settlement.  Counsel for Reliance Standard has prepared the settlement agreement and said draft is currently being reviewed by Reliance Standard.  Counsel are awaiting final changes by Reliance Standard.

Additional time is needed to complete the settlement in that counsel for Defendant is leaving the Country on September 14, 2011 and will not return until the end of September.  Prior to leaving the country, counsel for Defendant will not have time to review the draft settlement agreement in detail and meet with Defendant.   Therefore, he must wait until his return to do so.  In addition, counsel for Reliance Standard is awaiting Reliance Standard's final approval of certain of the terms in the draft settlement agreement which may not be received in advance of September 9, 2011.

The parties fully expect they will be able to perfect the settlement no later than October 14, 2011.  This will allow counsel for Reliance Standard to receive approval of the additional terms and counsel for Defendant to attend to his work load in a timely manner following his absence.  Therefore, the parties respectfully request that the Court continue the date for the filing of a dispositional document from September 9, 2011 to October 14, 2011.  The parties further request that the status conference currently set for October 3, 2011, be continued to October 31, 2011, or to

///

///

///

a date that best accommodates this Court's docket.

RESPECTFULLY SUBMITTED:

Date: September 7, 2011      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                  By:   *s/ Dennis J. Rhodes*
                                         ADRIENNE C. PUBLICOVER
                                         DENNIS J. RHODES
                                         Attorneys for Plaintiff
                                         RELIANCE STANDARD LIFE INSURANCE COMPANY

Date: September 7, 2011      LAW OFFICES OF MICHAEL COGAN

                                  By:   *s/ Michael Cogan*
                                         MICHAEL COGAN
                                         GENE TUCKER
                                         Attorneys for Defendant
                                         CHARLIE HARRISON

## **ORDER**

Pursuant to the Stipulation of the Parties herein, it is ordered that the date for filing a dispositional document is continued from September 9, 2011 to October 14, 2011.  A status conference is set for October 31, 2011 at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

```
GARLAND E. BURRELL, JR.
United States District Judge
```