ADRIENNE C. PUBLICOVER (SBN 161432)
Email:  Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email:  Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Plaintiff
RELIANCE STANDARD LIFE INSURANCE COMPANY

MICHAEL COGAN, ESQ.
GENE TUCKER, ESQ.
LAW OFFICES OF MICHAEL COGAN
1650 Oregon Street, Suite 106
Redding, CA  96001
Tel:    (530) 246-1112
Fax:    (530) 243-6079

Attorney for Defendant CHARLIE A. HARRISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>       v.<br><br>CHARLIE A. HARRISON,<br><br>            Defendant | Case No.: CV09-00532-GEB (KJN)<br><br>**SECOND STIPULATION OF THE PARTIES FOR AN ORDER EXTENDING THE TIME TO FILE DISPOSITIONAL DOCUMENT AND FOR A STATUS CONFERENCE AND [PROPOSED] ORDER THEREON (L.R. 143)**<br><br>Judge  :       Hon. Garland E. Burrell, Jr. |

The parties, Plaintiff Reliance Standard Life Insurance Company ("Reliance Standard"), and Defendant Charlie Harrison ("Defendant"), by and through their attorneys of record hereby file this stipulation to extend the time for the filing of a dispositional document pursuant to this Court's Order dated September 13, 2011, for good cause as follows.

The parties are continuing to work on the settlement. The key component of the settlement involves the transfer of a future interest in real property. Reliance Standard is conducting an investigation to ascertain any encumbrances on the real property. That investigation has not been concluded. In addition, the Parties are discussing the best method for transferring and securing the future interest in the real property component of the settlement and to convey said future interest in the real property. To date, the parties have not resolved the issue of how to convey and transfer the future interest. Therefore, the parties respectfully request that the Court continue the date for the filing of a dispositional document from October 14, 2011 to October 28, 2011 and the status conference from October 31, 2011, to November 14, 2011, or a date that best accommodates this Court's docket so that they may work out the transfer of the real property and conclude the settlement.

RESPECTFULLY SUBMITTED:

Date: October 14, 2011    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *s/ Dennis J. Rhodes*
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Plaintiff
RELIANCE STANDARD LIFE INSURANCE COMPANY

Date: October 14, 2011    LAW OFFICES OF MICHAEL COGAN

By: *s/ Michael Cogan*
MICHAEL COGAN
GENE TUCKER
Attorneys for Defendant
CHARLIE HARRISON

## ORDER

Pursuant to the Stipulation of the Parties herein, it is ordered that the date for filing a dispositional document is continued from October 14, 2011 to October 28, 2011.  A status conference is set for November 14, 2011, in the event that a dispositional document is not filed by October 28, 2011.  A joint status report shall be filed fourteen days prior to the hearing.

_____
GARLAND E. BURRELL, JR.
United States District Judge

**CERTIFICATE OF SERVICE**
USDC EDCA Case #CV09-00532 FCD (KJN)
**Error! Unknown document property name.**